1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB HOWARD,<br><br>               Plaintiff,<br>      v.<br>LEE BACA, SHERIFF;<br>MAURICE JUNIOUS,<br>WARDEN; LT. SCOTTS,<br>CORRECTIONAL OFFICER,<br><br>               Defendants. | Case No. CV 10-5081-JFW(OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that: (1) approving and adopting this Report and Recommendation; (2) granting Defendant Baca's Motion to Dismiss and dismissing the action as to Defendant Baca without prejudice for failure to exhaust administrative remedies; (3) denying Defendant Junious' Motion to Dismiss for failure to exhaust administrative remedies without prejudice; (4) denying Defendant Junious' Motion to Dismiss pursuant to Rule 12(b)(6); (5) dismissing the claim for damages against Defendant Junious in his official capacity with prejudice; and (6) ordering Defendant Junious to file an Answer to the First Amended Complaint within thirty days of the entry of the order adopting this Report and Recommendation.

DATED: November 15, 2011

HONORABLE JOHN F. WALTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge